JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

YEONG LEE,

        Plaintiff,

    v.

BARBARA A. ESPARZA, as Trustee of the Barrera Family Sub-Trust for Barabra A. Esparza; and DOES 1 to 10,

        Defendants.

Case No. 8:25-cv-01374-JWH-ADSx

**JUDGMENT**

1    Pursuant to the Scheduling Notice and Order [ECF No. 18] entered on or
2  about November 10, 2025, and in accordance with Rules 41(b) and 58 of the
3  Federal Rules of Civil Procedure,
4    It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:
5    1.    This action, including all claims asserted herein, is **DISMISSED**.
6    2.    To the extent that any party requests any other form of relief, such
7  request is **DENIED**.
8    **IT IS SO ORDERED.**
9
10  Dated:    December 12, 2025
11                                      John W. Holcomb
                                        UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28